# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145467

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHANNON EUGENE THOMAS,
      Defendant-Appellant.

SC: 145467
COA: 309175
Wayne CC: 11-002713-FH

_____/

     On order of the Court, the application for leave to appeal the June 25, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

                           Clerk

s1113